**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 04-2068**

_____

CARROLL HORTON,

Plaintiff - Appellant,

versus

JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL
SECURITY,

Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Joseph F. Anderson, Jr., Chief
District Judge.  (CA-03-669-0-17BD)

_____

Submitted:  January 21, 2005        Decided:  February 17, 2005

_____

Before GREGORY and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Charles L. Martin, Decatur, Georgia, Paul T. McChesney,
Spartanburg, South Carolina, for Appellant.  Frank W. Hunger,
Assistant Attorney General, J. Strom Thurmond, Jr., United States
Attorney, Marvin J. Caughman, Assistant United States Attorney,
Deana R. Ertl-Lombardi, Regional Chief Counsel, Laura Ridgell-
Boltz, Assistant Regional Counsel, Denver, Colorado, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Carroll N. Horton ("Horton") appeals the district court's order accepting the recommendation of the magistrate judge and affirming the final decision of the Commissioner of the Social Security Administration that he was no longer disabled, as defined within Title II of the Social Security Act, 42 U.S.C.A. §§ 401-433 (West 2003 & Supp. 2004). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Horton v. Barnhart</u>, No. CA-03-669-0-17BD (D.S.C. Apr. 1, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>